

# Fourth Court of Appeals
## San Antonio, Texas

March 2, 2020

No. 04-19-00479-CV

**EX PARTE R.A.L., JR.,**

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2019W0563
Honorable Ray Olivarri, Judge Presiding

## O R D E R

On February 27, 2020, Mr. Scot Courtney filed a motion for substitution of counsel stating he is replacing appellee's previous counsel, Ashley Morgan. After consideration, we **GRANT** the motion.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of March, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court